UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                               )<br>         Plaintiff,           )<br>                               )<br> v.                            )<br>                               )<br> CHRISTOPHER NICHOLAS NEWALL,  )<br>                               )<br>         Defendant.            )<br> _____) | No. CR-07-177-FVS<br><br>ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER AND GRANTING UNITED STATES' MOTIONS TO EXPEDITE AND FOR A NO-CONTACT ORDER |

At the January 7, 2008, hearing on Defendant's Motion to Reconsider, Assistant Federal Defender Robert Fischer appeared with Defendant; Assistant U.S. Attorney Stephanie Whitaker represented the United States. The matter was taken under advisement pending preparation of a Supplemental Pretrial Services Report, with two business days for comments by the parties. In addition, on January 25, 2008, the United States moved for expedited consideration of its January 25, 2008, Motion for a no-contact order. (Ct. Recs. 26, 27.)

The court, having considered the proffers of Defendant and Plaintiff, and the Supplemental Pretrial Services Report, dated January 24, 2008, finds there in insufficient structure in Defendant's residence and treatment plans to ensure Defendant's future appearance or that he is not a risk to the community. Specifically, although Defendant has made arrangements to continue to work on chemical dependency issues through PARC, little

ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER AND GRANTING UNITED STATES' MOTIONS TO EXPEDITE AND FOR A NO-CONTACT ORDER - 1

information has been made available as to mental health matters. In addition, since Defendant has been detained, he allegedly has made contact by letter with a 13-year-old son of a neighbor who resides only 25 feet from Defendant's residence. In light of the nature of the charges against Defendant, it is this alleged contact that triggered Plaintiff's Motion for a no-contact order.

**IT IS ORDERED:**

1. The Defendant's Motion **(Ct. Rec. 17)** is **DENIED** without prejudice.

2. The United States' Motion to Expedite **(Ct. Rec. 27)** and Motion for a no-contact order **(Ct. Rec. 26)** are **GRANTED.** If Defendant determines that a hearing should be set to further address the no-contact issue, Defendant shall contact Plaintiff and chambers to arrange a hearing date.

DATED January 29, 2008.

                     S/ CYNTHIA IMBROGNO
                 UNITED STATES MAGISTRATE JUDGE