PROB 12B
(7-93)

Report Date: September 20, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 20 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Christopher Newall | Case Number: 2:07CR00177-001 |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 3/17/2009 | Type of Supervision: Supervised Release |
| Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | Date Supervision Commenced: 09/23/2011 |
| Original Sentence: Prison - 63 Months; TSR - Life | Date Supervision Expires: Life |

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

27   You shall reside in a residential reentry center (RRC) for a period of up to 90 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Mr. Newall is scheduled to release from Bureau of Prisons custody on September 23, 2011. Although he does have an approved release plan to the community, it is uncertain if a bed space will be available on his release date. Mr. Newall is requesting the above condition be imposed in the event he is not able to move into his approved residence on his release date.

Mr. Newall has voluntarily signed the attached waiver of hearing after being advised of his right to a hearing before Your Honor and assistance of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

|     |     |
|-----|-----|
| Executed on: | 09/20/2011 |
| | s/Samuel Najera |
| | Samuel Najera
U.S. Probation Officer |

Prob 12B
Re: Newall, Christopher
September 20, 2011
Page 2

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

*Fred Van Sickle*
Signature of Judicial Officer

September 20, 2011
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

27   You shall reside in a residential reentry center (RRC) for a period of up to 90 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____            Signed: _____
            Samuel Najera                                Christopher Newall
         U.S. Probation Officer                     Probationer or Supervised Releasee

                        September 20, 2011
                              Date