PROB 12B  
(7/93)

Report Date: March 15, 2012

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Christopher Newall | Case Number: 2:07CR00177-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: 03/17/2009 | Type of Supervision: Supervised Release |
| Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | Date Supervision Commenced: 09/23/2011 |
| Original Sentence: Prison - 63 Months; TSR - 1 Life | Date Supervision Expires: Life |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

27    **ON-LINE COMPUTER USE:** You shall not possess or use any computer or device with access to any on-line computer service without the prior approval of the supervising officer. This includes any Internet service provider, bulletin board system, or any other public or private computer network. You shall not have access to a modem during your term of supervision without the prior approval of the supervising officer.

## CAUSE

On March 15, 2012, Mr. Newall admitted to this officer that he has attempted to access on-line pornographic sites since the commencement of his supervision. On one occasion, approximately 2 months ago, he successfully accessed an on-line adult pornographic site through a community Internet provider. Mr. Newall has been honest about this violation of his conditions of supervision, with both this officer and his sex offender therapist.

Mr. Newall has voluntarily signed the attached waiver of hearing after being advised of his right to a hearing before Your Honor and assistance of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/15/2012

s/M.D. Elvin

M.D. Elvin  
Deputy Chief U.S. Probation Officer

Prob 12B
**Re:  Newall, Christopher**
**March 15, 2012**
**Page 2**

THE COURT ORDERS

[   ]    No Action
[   ]    The Extension of Supervision as Noted Above
[ z ]    The Modification of Conditions as Noted Above
[   ]    Other

s/ Fred Van Sickle
Signature of Judicial Officer
3/16/12
Date