PROB 12C
(7/93)

Report Date: June 19, 2012

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christopher Nicholas Newall | Case Number: 2:07CR00177-001 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ WA 99201 | |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: 3/17/2009 | |
| Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | |
| Original Sentence: Prison - 63 Months; TSR - Life | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Stephanie A. Van Marter | Date Supervision Commenced: 9/23/2011 |
| Defense Attorney: Federal Defenders | Date Supervision Expires: Life |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #27:** You shall not possess or use any computer or device with access to any on-line computer service without the prior approval of the supervising officer. This includes any Internet service provider, bulletin board system, or any other public or private computer network. You shall not have access to a modem during your term of supervision without the prior approval of the supervising officer. |
| | **Supporting Evidence**: On June 12, 2012, the undersigned officer met with Mr. Newall to discuss his progress in sex offender treatment. Mr. Newall was informed that his therapist had informed this officer that Mr. Newall may have participated in violation behavior that he failed to report. Mr. Newall responded that several weeks ago, he accessed computerized adult pornography sites through the Spokane Public Library's computer and Internet connections. Mr. Newall acknowledged that these violations occurred after his conditions of supervision were modified on March 16, 2012. |

Prob12C
**Re: Newall, Christopher Nicholas**
**June 19, 2012**
**Page 2**

It is respectfully recommended that the Court issue a summons requiring Christopher Nicholas Newall to appear to answer to the allegation in the attached petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/19/2012

s/ M.D. Elvin

M.D. Elvin
Deputy Chief U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

s/ Fred Van Sickle

Signature of Judicial Officer

6/19/12

Date