PROB 12C
(7/93)

Report Date: February 5, 2014

## United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 06 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON**

for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Nicholas Newall   Case Number: 2:07CR00177-001

Address of Offender: ▉▉▉▉▉▉▉▉▉▉ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: March 17, 2009

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B) | |
| Original Sentence: | Prison 63 months; TSR - Life | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: September 23, 2011 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: No Expiration |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---

1 | **Special Condition # 17**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually-explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2). Neither shall you enter nor frequent any establishment involved in the sex industry, including adult bookstores, massage parlors, and strip bars. You shall not utilize any sex-related adult telephone numbers. The supervising probation officer is authorized to monitor compliance in this area by obtaining telephone records.

**Supporting Evidence**: On January 23, 2014, Mr. Newall reported to the undersigned officer that he had viewed two pornographic movies on two occasions in October 2013. Mr. Newall stated that he bought the pornographic movies on a pay-per-view cable channel.

2 | **Special Condition # 26**: You shall have no contact with the minor child involved in this matter or any members of her family.

**Supporting Evidence**: On January 23, 2014, Mr. Newall reported to the undersigned officer that he had contact with Skylar, the brother of the victim(child) involved in this matter. Mr. Newall stated that Skylar called him on his birthday, and they spoke for approximately 10

Prob12C
Re: Newall, Christopher Nicholas
February 5, 2014
Page 2

minutes. Mr. Newall acknowledged that he was aware of his condition to not have contact with any family member of the victim in this Federal matter.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/05/2014

s/Patrick J. Dennis

Patrick J Dennis
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

February 6 2014
Date