PROB 12C
(7/93)

Report Date: August 1, 2018

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Nicholas Newall          Case Number:  2:07CR00177-FVS-1

Address of Offender:                    Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: March 17, 2009

Original Offense:          Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence:         Prison 63 months;               Type of Supervision: Supervised Release
                           TSR - Life

Asst. U.S. Attorney:       Stephanie A. Van Marter         Date Supervision Commenced: September 23, 2011

Defense Attorney:          Federal Public Defender         Date Supervision Expires: No Expiration

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number          Nature of Noncompliance

1              **Special Condition # 24**: You shall abstain from the use of illegal controlled substances, and
               shall submit to urinalysis testing, as directed by the supervising probation officer, but no
               more than six tests per month, in order to confirm continued abstinence from these
               substances.

               **Supporting Evidence**: On June 23, 2014, Christopher Newall signed his judgment for case
               number 2:07CR00177-FVS-1, indicating he understood all conditions ordered by the Court.
               Specifically, Mr. Newall was made aware by his U.S. probation officer that he  must not use
               illegal controlled substances.

               Christopher Newall violated the conditions of his supervised release by consuming
               marijuana on or about July 19, 2018.

               On July 24, 2018, Mr. Newall reported as directed to provide a random urine test. Prior to
               providing the sample, Mr. Newall admitted to the  use of marijuana and signed a drug use
               admission form.

**Prob12C**
**Re: Newall, Christopher Nicholas**
**August 1, 2018**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a **summons** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/01/2018

s/Patrick J. Dennis

Patrick J Dennis
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ X ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

August 1, 2018

Date